UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

KRISTA TIPTON,

    Plaintiff,                                                  Case No. 3:24-cv-312

vs.

BEAU TOWNSEND FORD LINCOLN,        District Judge Michael J. Newman
INC.,                                                         Magistrate Judge Caroline H. Gentry

    Defendant.

---

## RECUSAL ORDER

---

    The undersigned hereby **RECUSES** himself from this case, and it is referred to the Clerk of Court for random reassignment.

    **IT IS SO ORDERED.**

March 7, 2025                                                      s/*Michael J. Newman*
                                                                             Hon. Michael J. Newman
                                                                             United States District Judge